IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARVIN MILLER,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 4:04CV242-P-B**

**FIRST FAMILY FINANCIAL SERVICES,**
**ET AL.,** **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand and for Sanctions [4-1] should be **GRANTED IN PART AND DENIED IN PART**; specifically,

(2) The plaintiff's motion for sanctions should be **DENIED**;

(3) The plaintiff's motion to remand should be **GRANTED**; therefore,

(4) This action is **REMANDED** to the Circuit Court for Sunflower County, Mississippi from whence it came; and

(5) This case is **CLOSED**.

**SO ORDERED** this the 3rd day of July, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE